**Electronically Filed
Supreme Court
SCAD-22-0000069
30-MAR-2022
09:33 AM
Dkt. 18 ORD**

SCAD-22-0000069

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

NOAH D. FIDDLER,
Respondent.
(HI Bar No. 3114)

---

ORIGINAL PROCEEDING
(DB No. 21-9007)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the March 24, 2022 declaration submitted by Respondent Noah Fiddler, the supplemental declaration submitted thereafter, the statement of no opposition from the Office of Disciplinary Counsel (ODC), and the records in both this matter and in ODC v. Fiddler, SCAD-21-398,

IT IS HEREBY ORDERED that Respondent Fiddler is reinstated to the practice of law in this jurisdiction, upon the entry of this order.

DATED: Honolulu, Hawaiʻi, March 30, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

